

# OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

April 20, 2023

Christopher G. Conway
Clerk of the Court
United States Court of Appeals
 for the Seventh Circuit
219 South Dearborn Street
Chicago, Illinois 60604

    Re:    *Davis v. Ill. Dep't of Hum. Servs.*, No. 22-2118 (argued April 12, 2023)

Dear Mr. Conway:

    Under the Practitioner's Handbook for Appeals, section XXVII.H.3., and Fed. R. App. P. 28(j), I submit this letter for Defendant-Appellee Illinois Department of Human Services restating its position and citing authority on a question raised by the court during oral argument.

    At argument (30:42), the court said that the Department "interpreted the certification to allow a leave for morning sickness on May 5 and May 6, but . . . somehow" found it "problematic on May 12."  But Plaintiff-Appellant Dyamond Davis has always maintained that the Department did not treat her May 5 and 6 absences as covered by the Family and Medical Leave Act ("FMLA").  Doc. 65 at 1, 18 ("There are no records reflecting Davis . . . [was] approved and [was] given FMLA leave for any FMLA qualifying absence"); AT Br. 11, 15-17, 36; RY Br. 13-14.  Nothing in the record shows otherwise.  Doc. 62 at 1-2; Doc. 62-3 at 18 (Department approval of Davis' FMLA leave for one doctor's appointment per month but no intermittent leave for flare-ups); Doc. 62-3 at 21-22 (Dr. Mahoney's medical certification); *cf.* Doc. 44-1 at 10; Doc. 61 at 6, 8; Doc. 62 at 2; Doc. 62-3 at 13; Doc. 62-3 at 25-26 (all supporting that Davis' May 11 and June 13 absences were covered by the FMLA because they were for doctor's appointments).  Further, the Department's allowing her leave on May 5 and 6 alone does not suggest it treated those dates as covered by the FMLA.  *See Gilliam v. UPS, Inc.*, 233 F.3d 969, 971 (7th Cir. 2000) ("Perhaps Gilliam's leave was under the collective bargaining agreement; perhaps it was simply a humane step by a caring supervisor willing to bend the rules.  Employees would not gain in the long run by converting all

500 South Second Street, Springfield, Illinois 62701 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806
601 South University Ave., Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416

Case: 22-2118      Document: 40            Filed: 04/20/2023      Pages: 2

Christopher G. Conway, Clerk of the Court
Re: *Davis v. Ill. Dep't of Hum. Servs.*, No. 22-2118
April 20, 2023
page 2

humanitarian leaves and discretionary acts into leaves governed by the strictures of the FMLA, for then employers would have powerful reasons to say no when requests like Gilliam's are made in the future.").

Sincerely,

/s/ Caleb Rush
CALEB RUSH
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-2274 (office)
(773) 590-6984 (cell)
Caleb.Rush@ilag.gov

cc:   Tammy J. Lenzy
      Danny Windham