UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

DYAMON DAVIS and ANTIONETTE BURNS

Plaintiffs-Appellants,

No.: 22-2118          v.

ILLINOIS DEPARTMENT OF HUMAN SERVICES,

Defendant-Appellee.

District Court No. 2:18-cv-02246-CSB-EIL
Central District of Illinois
District Court Judge Colin S. Bruce
NOA filed: 6/23/2022

---

Plaintiffs-Appellants' Motion For Status

---

Plaintiffs-Appellants, through their attorneys, files this Motion for status. In support of their motion, Appellants state:

1. Oral arguments was heard on April 12, 2023.

2. In or around December 2024, Counsel for the Appellants contacted the Clerk's office to confirm that there had not been a decision.

3. Appellants requests a status concerning their appeal.

Wherefore, Plaintiffs-Appellants pray that their motion is granted.

Dated: April 17, 2025                    Respectfully Submitted,

                                         Attorney For Plaintiffs-Appellants


                                         s/Tammy J. Lenzy
                                         _____
                                         One of Plaintiffs-Appellants Attorneys

1

Tammy J. Lenzy
Legal Counsel PC
936 W. Madison, #3C
Chicago, IL 60607
(312) 624-9973
tjlenzy@legalcounselpc.net

 s/Danny Windham
One of Plaintiffs-Appellants Attorneys

Danny Windham
53 W. Jackson Blvd., Suite 801
Chicago, IL 60604
(312)641-1900
dwindham@childerslaw.org

## CERTIFICATE OF SERVICE

I, the undersign, certify that on April 17, 2025, I served Plaintiffs-Appellants' Motion for Status by the court's electronic case filing system which sent notice to Defendant-Appellee's counsel, Caleb Rush, Assistant Attorney General at Caleb.Rush@ilag.gov.

Respectfully submitted,

_____